UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02869 PSG (KSx) | Date | July 7, 2023 |
|---|---|---|---|
| Title | Deondre Raglin v. Artesia Manor, LLC | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

The Court, having been advised by the Notice of Settlement [18] that the case has settled, hereby orders all proceedings, if any, vacated and the action dismissed without prejudice.

Further, the Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

| | Initials of Preparer | DBE |
|---|---|---|